ROSE KUTZ, Doing Business under the Trade Name and Style of LOGAN

TEXTILE COMPANY, Respondent, v. TRAVERS TWINE AND CORDAGE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.